UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>GEORGIA McEADDY</u>      ,
                Plaintiff,

      v.                                       Civil Action No.  04-12093-RCL

<u>COMMONWEALTH OF MASSACHUSETTS</u>, et al.,
                Defendants.

<u>MEMORANDUM AND ORDER</u>

For the reasons set forth below, plaintiff's Application to Proceed Without Prepayment of Fees (Docket No. 6) is denied and this action is dismissed without prejudice for failure to pay the filing fee.

<u>DISCUSSION</u>

By Order dated November 4, 2004, the Court denied plaintiff's original Application to Proceed Without Prepayment of Fees and granted her additional time to file a new, fully completed and signed application.[1]  In her original application, plaintiff failed to completely answer Questions two and three.[2]  Specifically, plaintiff failed to provide information concerning her last employment as well as the source of her disability or workers compensation payments. The Court's November Order advised plaintiff that if she fails to submit a new application, this

---

[1] The November Order also stated that if plaintiff submits a new, fully-completed application to proceed without prepayment of the filing fee, she shall also demonstrate good cause why this action should not be dismissed.  Because plaintiff has not filed a new, fully-completed application, the Court will not address the merits of plaintiff's claims in this Memorandum and Order.

[2] Question two on the form asks litigants who are not currently employed to state the date of their last employment, the amount of their take-home salary or wages and pay period and the name and address of their last employer.  <u>See</u> Question No. 2.  Question three on the form asks litigants to indicate whether they have received funds from a list of sources and further asks litigants to describe the source of money, the amount received and whether the litigant expects to continue to receive such funds.  <u>See</u> Question No. 3.

action will be dismissed without prejudice.

On December 10, 2004, plaintiff filed a new application accompanied by several supporting documents. However, she failed to comply with this Court's November Order. Although plaintiff's new application addresses Question two concerning her employment, plaintiff failed to provide any information concerning the amount and source of her disability or workers compensation payments as requested in Question three of the application. Because the new application is incomplete, I am still unable to make a determination whether plaintiff qualifies for <u>in forma pauperis</u> status.

<u>ORDER</u>

Based upon the foregoing, it is hereby

ORDERED, plaintiff's Application to Proceed Without Prepayment of Fees (Docket No. 6) is DENIED; and it is further

ORDERED, this action is dismissed without prejudice for failure to pay the filing fee.

SO ORDERED.

Dated at Boston, Massachusetts, this  23rd  day of <u>May</u> , 2005.

                                                 /s/ Reginald C. Lindsay
                                                REGINALD C. LINDSAY
                                                UNITED STATES DISTRICT JUDGE