UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGIA McEADDY, )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF )<br>MASSACHUSETTS SUFFOLK COUNTY )<br>PROBATE AND FAMILY COURT, et al. )<br>       Defendants. ) | C.A. No. 04-12093-RCL |

ORDER OF DISMISSAL

LINDSAY, D.J.

    In accordance with this Court's orders dated November 4, 2004 and May 23, 2005, it is

ORDERED that the within action be and it is hereby dismissed.

                                        By the Court,

Date: 5/23/05                  By  s/ Barbara Morse
                                                Deputy Clerk