# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Georgia McEaddy
_____

        V.                                            CASE NO. 1:04 CV 12093 RCL

Commonwealth of Massachusetts et al
Boilor Adopton Burea
_____

## NOTICE OF APPEAL

Notice is hereby given that  Georgia McEaddy  above named, hereby appeals from the  Judgement  entered in the above entitled action on  May 23, 2005 .

                                                                By the Court,

6/21/05                                      _____
Date                                           Deputy Clerk

(Notice of Appeal.wpd - 12/98)             [app., kdapp., kgapp., kcust