## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12093

Georgia McEaddy

v.

Commonwealth of Massachusetts, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/21/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 5, 2005.

Sarah A Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/6/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12093-RCL

McEaddy v. Commonwealth of Massachusetts et al
Assigned to: Judge Reginald C. Lindsay
Cause: 42:1983 Civil Rights Act

Date Filed: 09/24/2004
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Georgia McEaddy**     represented by    **Georgia McEaddy**
49 Jane Street
Roslindale, MA 02131
PRO SE

V.

**Defendant**

**Commonwealth of Massachusetts**
*Suffolk County Probate and Family Court*

**Defendant**

**Suffolk County Appeals Court**

**Defendant**

**Boston Adoption Bureau**

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| 09/24/2004 | ●1 | MOTION for Leave to Proceed in forma pauperis by Georgia McEaddy.(Jenness, Susan) (Entered: 09/29/2004) |
|---|---|---|
| 09/24/2004 | ●2 | COMPLAINT Filing fee: $ 0.00, receipt number 0.00, filed by Georgia McEaddy.(Jenness, Susan) (Entered: 09/29/2004) |
| 09/24/2004 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Jenness, Susan) (Entered: 09/29/2004) |
| 09/24/2004 | ●3 | APPENDIX/EXHIBIT re 2 Complaint by Georgia McEaddy. (Jenness, Susan) (Entered: 09/29/2004) |
| 09/29/2004 | ● | Case undergoing preliminary screening (Jenness, Susan) (Entered: 09/29/2004) |
| 10/05/2004 | ●4 | AMENDED COMPLAINT (Petition for Writ of Certiorari) against Boston Adoption Bureau, Commonwealth of Massachusetts, Suffolk County Appeals Court , filed by Georgia McEaddy.(Jenness, Susan) (Entered: 10/12/2004) |
| 10/12/2004 | ● | Document No. 4 forwarded for screening (Jenness, Susan) (Entered: 10/12/2004) |
| 11/04/2004 | ●5 | Judge Reginald C. Lindsay : ORDER entered denying without prejudice 1 Motion for Leave to Proceed in forma pauperis. If plaintiff wishes to proceed with this action, she shall, within 35 days of the date of this Order, (1) submit a new, fully completed and signed application to proceed without prepayment of fees and (2) demonstrate good cause, in writing, why this action should not be dismissed without prejudice for the reasons stated above. If plaintiff fails to submit a new application or demonstrate good cause, this action will be dismissed without prejudice. Order mailed to plaintiff with Application to Proceed Without Prepayment of Fees. (Morse, Barbara) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 11/08/2004) |
| 11/08/2004 | ● | Set Deadlines/Hearings: If plaintiff files a new Application to Proceed Without Prepayment of Fees, she must demonostrate good cause why this action should not be dismissed by 12/9/2004. (Morse, Barbara) (Entered: 11/08/2004) |
| 12/10/2004 | ●6 | MOTION for Leave to Proceed in forma pauperis by Georgia McEaddy.(Jenness, Susan) (Entered: 12/10/2004) |
| 12/10/2004 | ●7 | RESPONSE TO ORDER TO SHOW CAUSE by Georgia McEaddy. (Jenness, Susan) (Entered: 12/10/2004) |
| 12/10/2004 | ● | Documents No. 6 & 7 forwarded for consideration (Jenness, Susan) (Entered: 12/10/2004) |
| 12/14/2004 | ●8 | Letter from Georgia Mceaddy. (Stanhope, Don) (Entered: 12/17/2004) |
| 05/23/2005 | ●9 | Judge Reginald C. Lindsay : ORDER entered denying 6 Motion for Leave to Proceed in forma pauperis and it is further ORDERED that this action is dismissed without prejudice for failure to pay the filing fee. (Morse, Barbara) (Entered: 05/23/2005) |
| 05/23/2005 | ●10 | Judge Reginald C. Lindsay : ORDER entered. ORDER DISMISSING CASE in accordance with this Court's orders dated November 4, 2004 and May 23, 2005.(Morse, Barbara) (Entered: 05/23/2005) |
| 05/23/2005 | ●11 | MOTION to Vacate 10 Order Dismissing Case by Georgia McEaddy.(Jenness, Susan) (Entered: 05/27/2005) |
| 06/03/2005 | ●12 | Judge Reginald C. Lindsay : ORDER entered denying 11 Motion to Vacate. The court construes plaintiff's May 27th letters as requests for reconsideration. Plaintiff's requests for reconsideration of the denial of her second application to proceed without prepayment |

| | | |
|---|---|---|
| | | of fees are DENIED. (Morse, Barbara) (Entered: 06/06/2005) |
| 06/08/2005 | ●13 | STATE COURT Record. (Smith3, Dianne) (Entered: 06/08/2005) |
| 06/21/2005 | ●14 | NOTICE OF APPEAL as to 10 Order Dismissing Case by Georgia McEaddy. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/11/2005. (Flaherty, Elaine) (Entered: 06/22/2005) |