GEORGIA McEADDY 49 June Street Roslindale, MA 02131 617 325-7513

Sarah Allison Thornton, Clerk of Court
United States District Court
Office of the Clerk
1 Courthouse Way
Boston, MA 02210

RE: CA: 04-12093-RCL

November 10, 2005

Dear Clerk Thornton,

I am in receipt of a letter with your stationery, yet there was no date or signature.
I had asked the Plan of Massachusetts to forward your office a check in the amount of Two hundred fifty dollars, which they did. Prior to my e-mail and telephone call to them, I had called your office. My conversation was I had a case in the United States District Court which was denied on merit for my failure to pay the court cost. I said the matter was appealed. A check in the amount of two-hundred fifty dollars was sent to the Appeals Court. Since the money was no longer a factor, I wanted the matter returned to the District Court with the ability to file a filing fee. Your clerk assured me I had to pay the money and although the cost changed, I would have to send the present fee, which the Plan of Massachusetts did.
I have never asked the court for legal advice. I would expect your office to advise me if I asked an inappropriate question, which to date, they have not. Susan Jennes was absent the day of my call. I have called Legal Advocacy and Resource Center as well as attorneys to assist me in this matter.
I am a grandmother trying to receive justice for injustice. I have faith that God will see me through this unfortunate matter and I will have my grandson If the United States District / Appeals Court follows the laws of the Constitution, Federal and State laws I will have my grandson.

If you may have additional concerns, I may be reached at the address above.

Sincerely yours,

Georgia McEaddy

Georgia McEaddy

Cc: Judge Reginald C. Lewis
Patricia Freedman, MARC Trust



**United States District Court**
District of Massachusetts
Office of the Clerk
1 Courthouse Way
Boston, Massachusetts 02210

**Sarah Allison Thornton**
Clerk of Court

RECEIVED NOV 0 2 2005

Dear Ms. McEaddy,

On DATE, 11/01/05 the Court received a $250 check for McEaddy v. Commonwealth, C.A. No. 04-12093-RCL. Because no fee is due at this time, the check is being returned to you.

The Court's records indicate that this action was dismissed on May 23, 2005, for failure to pay the filing fee. On June 3, 2005, the Court denied plaintiff's request for reconsideration of the denial of plaintiff's second application to proceed without prepayment of fees.

On June 21, 2005, plaintiff filed a notice of appeal. The case is now before the United States Court of Appeals for the First Circuit. See McEaddy v. Commonwealth, No. 05-2010 (1st Cir. 2005). On September 9, 2005, the Court received the $255 filing fee for this appeal.

Because the case is no longer before this district court, and because no fee is due, I am returning the check to you.

Please note that employees of the Court are prohibited from providing legal advice on how to proceed with lawsuits. Therefore, you may wish to contact the following organization for advice and assistance:

Legal Advocacy and Resource Center
197 Friend Street
Boston, MA 02114
Legal Hotline: (617) 603-1700
Statewide Hotline (800) 342-5297



**PLAN OF MASSACHUSETTS, INC.**
**DBA MARC TRUST, INC.**
**OPERATING ACCOUNT**
1301 CENTRE STREET
NEWTON CENTER, MA 02459

CITIZENS BANK
MASSACHUSETTS

1062

5-7017/2110
644

10/27/2005

PAY TO THE ORDER OF U.S District Court $ **250.00

Two Hundred Fifty and 00/100********************************************************************************************* DOLLARS

U.S District Court

MEMO CA0412093-RCL Georgia McEaddy

Patricia M. Freed

MP

⑈001062⑈ ⑆211070175⑆ 1302445828⑈

U.S District Court

CA0412093-RCL

10/27/2005

1062

250.00

Case payment.

CB--Operating

CA0412093-RCL Georgia McEaddy

250.00

**P L A N *of* Massachusetts**



*Planned Lifetime Assistance Network of Massachuse*

**Board of Directors**

David Wizansky
*President*

Robert M. Geurden, Esq.
*Vice President*

Harold C. Fortna
*Treasurer*

Florence Finkel
*Clerk*

Erna Greene
*Secretary*

Kevin Griffin

Marjorie Rohde, Ph. D.

Barbara Siegel, Esq.

Charles Silsby

Phyllis Solomon

**Staff**

Patricia Freedman, Esq.
*Executive Director*

Gregg Maloy
*Program Administrator*

Sally Miller
*LICSW*

Fred E. Sommers
*Bookkeeping Services*

CERTIFIED RETURNED RECEIPT MAIL
#7005 1820 0000 1131 9105

November 4, 2005

Georgia McEaddy
49 June Street
Rosindale, MA 02131

**Re: Georgia McEaddy**

Dear Geogria:

Please find enclosed a letter our offices receive on 11/02/05 from the US District Court of Massachusetts regarding CA0412093-RCL and fees associated with the case. Enclosed also find the check which was returned to our offices by the District Court which was to cover expenses related to this case.

I have enclosed the check for your convenience. If you no longer require the check, pleasse mail it back to our offices and I will see that it is redeposited into your account.

If you have any questions please feel free to contact me.

Sincerely,

Gregg T. Maloy

Encl.