04- 12093
USDC/MA
Lindsay, R.

# United States Court of Appeals
## For the First Circuit

No. 05-2010

**MANDATE**

GEORGIA MCEADDY,

Plaintiff, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS, ET AL.,

Defendants, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

**JUDGMENT**
**Entered: March 14, 2006**

   Contending that she is now able to pay, and has proffered, the filing fee to the district court, appellant requests that we remand this case back to the district court. That request is denied. The district court order of June 3, 2005 (which affirmed the dismissal of the complaint) denied appellant's motion to reconsider on the ground that, "even if the filing fee were to be waived for this action, the Court notes that this action is subject to dismissal for lack of subject matter jurisdiction pursuant to the <u>Rooker-Feldman</u> doctrine."

   Upon review of the appellant's filings and the record in this case, it is clear that the district court's determination is correct. See <u>Exxon Mobil Corp.</u> v. <u>Saudi Basic Indus. Corp.</u>, 125 Sct. 1517, 1521-22 (2005) (reiterating that "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments" are barred by the <u>Rooker-Feldman</u> doctrine and can not be

brought in a federal district court).

The request to remand this case to the district court is <u>denied</u> and the district court order of dismissal is <u>summarily affirmed</u>. 1st Cir. Loc. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Wretor*
Deputy Clerk
Date: 4/4/06

[cc: Georgia McEaddy, Thomas Reilly, AG,
Juliana deHaan Rice, AAG, Jeffrey M. Kaye, Esq.]